FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY
ORIGINAL

KEVIN W. ALEXANDER (SBN: 175204)
kalexander@gordonrees.com
THOMAS J. STODDARD (SBN: 136299)
tstoddard@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
GUIDANT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK B. NIMTZ, Plaintiff, vs. DANIEL CEPIN, M.D., GUIDANT CORPORATION, and DOES 1 to 20, Defendants. | CASE NO. 08 CV 1294 L AJB<br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br>[Filed concurrently with Notice of Removal, Notice of Related Cases, Certification as to Interested Parties]<br>Complaint Filed: 6/26/08 |

Pursuant to Local Rule 40.2 defendant Guidant Corporation, by counsel and its duly authorized agent, hereby notifies the Court that Guidant Corporation is a wholly-owned subsidiary of Boston Scientific Corporation. Boston Scientific Corporation is a publicly held corporation.

Dated: July 18, 2008

GORDON & REES LLP

By: [signature]
Kevin Alexander
Thomas J. Stoddard
Attorneys for Defendant Guidant Corporation



Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101