FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY
ORIGINAL

KEVIN W. ALEXANDER (SBN: 175204)
kalexander@gordonrees.com
THOMAS J. STODDARD (SBN: 136299)
tstoddard@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
GUIDANT CORPORATION

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK B. NIMTZ,<br>Plaintiff,<br>vs.<br>DANIEL CEPIN, M.D., GUIDANT CORPORATION, and DOES 1 to 20,<br>Defendants. | CASE NO. 08 CV 1294 L AJB<br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 40.1**<br>[Filed concurrently with Notice of Removal, Certification as to Interested Parties, AND Notice of Party with Financial Interest]<br>Complaint Filed: 6/26/08<br>Judge: Hon. William S. Cannon |

Pursuant to Local Rule 40.1, defendant Guidant Corporation, submits that the above-captioned matter is related to over 2,050 products liability actions that have recently been brought against Guidant and which are pending in federal courts throughout the country. As a result of these suits, on November 7, 2005, pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multi-District Litigation entered a transfer order establishing an MDL entitled *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL No. 1708, and transferring and consolidating a number of cases to the United States District

Court, District of Minnesota ("MDL Court").[1] More than 2,050 cases are currently pending in the MDL, and more are in the process of being transferred to the MDL. Guidant intends to seek inclusion of the instant case within the MDL proceeding.

Dated: July 18, 2008

GORDON & REES LLP

By: [signature]
Kevin Alexander
Thomas J. Stoddard
Attorneys for Defendant
GUIDANT CORPORATION

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

[1] A true and correct copy of the transfer order establishing MDL-1708 and transferring and consolidating a number of cases to the District Court of Minnesota is attached hereto as Exhibit "A."

EXHIBIT A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2005

FILED
CLERK'S OFFICE

## *DOCKET NO. 1708*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-1)*

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-8070 | Theodore Cohen v. Guidant Corp. |
| CAC 5 05-760 | Leonard Mayem v. Guidant Corp. |
| CAC 5 05-964 | Sharon Williams-Datcher v. Guidant Corp., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 05-1317 | Fred Corfee v. Guidant Corp., et al. |
| CAE 2 05-2113 | James Bagwell, et al. v. Guidant Corp., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-3042 | Alphonzo Allen v. Guidant Corp. |
| CAN 3 05-3160 | Lorraine Furtado, et al. v. Guidant Corp., et al. |
| CAN 3 05-3279 | Sheila Ettinger v. Guidant Corp., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 05-1875 | Johnnie Carter v. Guidant Corp. |
| CAS 3 05-1956 | Leopoldo Duron, Jr. v. Guidant Corp., et al. |
| CAS 3 05-1957 | Annette Scott v. Guidant Corp., et al. |
| **COLORADO** | |
| CO 1 05-1645 | Oren Urich v. Guidant Corp., et al. |
| **CONNECTICUT** | |
| CT 3 05-1516 | Gary DeRose v. Guidant Corp. |
| **FLORIDA MIDDLE** | |
| FLM 2 05-445 | Alfred Fuller v. Guidant Corp. |
| FLM 3 05-728 | Robert Earl Smith, etc. v. Guidant Corp. |
| FLM 5 05-379 | Richard James Rebone v. Guidant Corp., et al. |
| FLM 6 05-1683 | Steve Gaydos, et al. v. Guidant Corp., et al. |
| FLM 8 05-1456 | Robert Haberle v. Guidant Corp., et al. |
| FLM 8 05-1606 | Kenneth J. Pepper v. Guidant Corp., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 05-309 | Anthony Micelli v. Guidant Corp., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 9 05-80850 | Judy Passante v. Guidant Corp., et al. |
| FLS 9 05-80851 | Eric Harkonen, et al. v. Guidant Corp., et al. |
| FLS 9 05-80957 | Paul Jones, et al. v. Guidant Corp., et al. |
| **HAWAII** | |
| HI 1 05-326 | Joseph Soon Kun Kang v. Cardiac Pacemakers, Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-4250 | Theresa Shea, etc. v. Guidant Corp., et al. |

SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1708)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| INDIANA SOUTHERN | |
| INS 1 05-1082 | Lydia Pierce v. Guidant Corp., et al. |
| INS 1 05-1115 | Christofer Brewster v. Guidant Corp., et al. |
| INS 1 05-1322 | David Acthison v. Guidant Corp., et al. |
| INS 1 05-1353 | Fred Gower, et al. v. Guidant Corp., et al. |
| LOUISIANA EASTERN | |
| LAE 2 05-3709 | John J. Legendre v. Guidant Corp. |
| LAE 2 05-3737 | Redge Westcott, III v. Guidant Corp., et al. |
| LAE 2 05-4016 | Thomas A. Gruber v. Guidant Corp., et al. |
| LAE 2 05-4017 | Emmitt R. Messick v. Guidant Corp., et al. |
| LAE 2 05-4044 | Kenneth R. Casanova v. Guidant Corp., et al. |
| LOUISIANA MIDDLE | |
| LAM 3 05-1015 | Joseph Clyde Brown, Jr. v. Guidant Corp. |
| LOUISIANA WESTERN | |
| LAW 5 05-1512 | Doris Tisdon, etc. v. Guidant Corp., et al. |
| LAW 5 05-1882 | Patrick Pouncy, et al. v. Guidant Corp., et al. |
| LAW 6 05-1351 | Joyce Broussard Valls, et al. v. Guidant Corp., et al. |
| LAW 6 05-1352 | James W. Eskine v. Guidant Corp., et al. |
| MAINE | |
| ME 2 05-182 | Cindy A. Lowry v. Guidant Corp. |
| MISSOURI WESTERN | |
| MOW 4 05-785 | Floyd A. Newman, Jr., v. Guidant Corp., et al. |
| MOW 4 05-786 | Fred H. Simon v. Guidant Corp., et al. |
| MOW 4 05-939 | Christopher J. Cipolla v. Guidant Corp., et al. |
| MOW 4 05-1007 | Jerome Terry, Jr. v. Guidant Corp., et al. |
| MISSISSIPPI NORTHERN | |
| MSN 2 05-149 | Johnny R. Clark v. Guidant Corp., et al. |
| NORTH CAROLINA MIDDLE | |
| NCM 1 05-720 | Fred M. Lyle, et al. v. Guidant Corp., et al. |
| NORTH CAROLINA WESTERN | |
| NCW 1 05-275 | Virgil H. Cook, et al. v. Guidant Corp., et al. |
| NCW 3 05-355 | Billy G. Strickland v. Guidant Corp., et al. |
| NEW HAMPSHIRE | |
| NH 1 05-400 | Richard Harvey v. Guidant Corp., et al. |
| NEW JERSEY | |
| NJ 1 05-4062 | Wolf Schulsinger v. Guidant Corp., et al. |
| NJ 2 05-4195 | Bernard Golden v. Guidant Corp., et al. |
| NJ 2 05-4305 | Herb Cohen, et al. v. Guidant Corp., et al. |
| NEW YORK EASTERN | |
| NYE 1 05-2331 | Richard Torre, et al. v. Guidant Corp. |
| NYE 1 05-3397 | Howard Walston, et al. v. Guidant Corp., et al. |
| NYE 2 05-3856 | Melissa J. Poje v. Guidant Corp., et al. |
| NYE 2 05-4927 | John Clarke v. Intermedics, Inc., et al. |

SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1708)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NEW YORK NORTHERN | |
| NYN 5 05-1213 | Phillip Hobb, et al. v. Guidant Corp., et al. |
| NEW YORK SOUTHERN | |
| NYS 1 05-7176 | Michael Thorpe, et al. v. Guidant Corp., et al. |
| NYS 1 05-8296 | Nicholas T. Ortiz, et al. v. Guidant Corp., et al. |
| NYS 1 05-8298 | John Panzini, et al. v. Guidant Corp., et al. |
| NYS 1 05-8811 | Stacey Webb, et al. v. Guidant Corp., et al. |
| NYS 1 05-8812 | Douglas Marozin v. Guidant Corp., et al. |
| NYS 7 05-8297 | Ellen Markert v. Guidant Corp., et al. |
| OHIO NORTHERN | |
| OHN 1 05-1880 | Johnny T. Watts, et al. v. Guidant Corp. |
| OHN 1 05-1898 | Fred J. Stauder, et al. v. Guidant Corp., et al. |
| OHN 1 05-2297 | Johnny W. Western, et al. v. Guidant Corp., et al. |
| OHN 3 05-7440 | Clara Zink, et al. v. Guidant Corp., et al. |
| OHIO SOUTHERN | |
| OHS 2 05-703 | Beverly Douglas, et al. v. Guidant Corp., et al. |
| OHS 2 05-763 | Thomas W. Zurek, et al. v. Guidant Corp., et al. |
| OKLAHOMA NORTHERN | |
| OKN 4 05-444 | Jean Burke, etc. v. Guidant Corp. |
| PENNSYLVANIA EASTERN | |
| PAE 2 05-3580 | Steven Perusich v. Guidant Corp., et al. |
| PAE 2 05-4409 | William Jackson, et al. v. Guidant Corp., et al. |
| PAE 2 05-5843 | Geoffrey Bowman, et al. v. Guidant Corp., et al. |
| PUERTO RICO | |
| PR 3 05-1888 | Carlos L. Ramirez-Santiago v. Guidant Corp., et al. |
| SOUTH CAROLINA | |
| SC 8 05-2811 | Tim R. Whitman, et al. v. Guidant Corp., et al. |
| TENNESSEE EASTERN | |
| TNE 2 05-268 | Janice Jones, etc. v. Guidant Corp., et al. |
| TEXAS WESTERN | |
| TXW 7 05-166 | Charles H. Little, et al. v. Guidant Corp., et al. |
| UTAH | |
| UT 2 05-873 | Juanita Edge, et al. v. Guidant Corp. |
| WEST VIRGINIA NORTHERN | |
| WVN 5 05-151 | Gary Dusch, et al. v. Guidant Corp., et al. |