UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK B. NIMTZ,<br>Plaintiff,<br>v.<br>DANIEL CEPIN, M.D., *et al.*,<br>Defendants. | ) | Civil No. 08cv1294 L(AJB)<br>**ORDER RE: ORAL ARGUMENT** |

Defendants' motion to stay pretrial proceedings pending transfer of action to MDL Court [doc. #5] is set for hearing on October 6, 2008. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED: August 4, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL