UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FREDERICK B. NIMTZ,

Plaintiff,

v.

DANIEL CEPIN, M.D., *et al.*,

Defendants.

Civil No. 08cv1294 L(AJB)

**ORDER DENYING AS MOOT AND WITHOUT PREJUDICE MOTION TO STAY PRETRIAL PROCEEDINGS [doc. #5]**

Defendants move to stay pretrial proceedings pending transfer of the above-captioned action to the Multidistrict Litigation Court, MDL No. 1708. The Court received notice of the order of transfer filed by the MDL Panel in this case. It appears defendants' motion is moot. Accordingly, defendants' motion is **DENIED** without prejudice.

**IT IS SO ORDERED.**

DATED: August 25, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL